IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>VS.<br><br>SAMUEL FIELDS,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 21-MJ-421 STE<br>)<br>)<br>)<br>)<br>) Violation:  16 U.S.C. §668dd(f)(1)<br>)               50 C.F.R. §27.82(b)(2)<br>) |

## INFORMATION

The United States Attorney charges:

### COUNT 1

(Possession of Controlled Dangerous Substance)

On or about May 1, 2021, in the Western District of Oklahoma on the Wichita Mountains National Wildlife Refuge, at or near Elmer Thomas Dam Road,

---------------- SAMUEL FIELDS, --------------

the defendant, did possess a controlled substance, to wit: marijuana, on a national wildlife refuge.

All in violation of Title 16, United States Code Section 668dd(f)(1) and Title 50, Code of Federal Regulations, Section 27.82(b)(2).

Dated this __21st__ day of __July__, 2021.

ROBERT J. TROESTER
Acting United States Attorney

_____
JOSHUA A. HARTSELL
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Fort Sill, OK 73503
(580) 442-3900